**Form 129**

**UNITED STATES BANKRUPTCY COURT**          28
**WESTERN DISTRICT OF PENNSYLVANIA**          lfin

In re:                                                      Bankruptcy Case No.: 08−28617−MBM

                                                            Chapter: 7

**Arthur J. Barnett**                                       Bette L. Barnett
    Debtor(s)


### FINAL DECREE

The estate of the above named debtor has been fully administered.


**IT IS ORDERED THAT:**

Robert Shearer is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; the chapter 7 case of the above named debtor is closed.


Dated: 4/14/09                                              M. Bruce McCullough
                                                            Judge